# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2707

_____

JEREMIAH BUTLER,

Petitioner,

v.

MARK S. INCH, Florida
Department of Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 4, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeremiah Butler, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.